**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

AUG 23 2016

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

LUIS A. HERNANDEZ SANTOS,

Petitioner,

v.

LORETTA E. LYNCH, Attorney General,

Respondent.

No.    13-72369

Agency No. A088-967-263

MEMORANDUM*

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted August 16, 2016**

Before:    O'SCANNLAIN, LEAVY, and CLIFTON, Circuit Judges.

Luis A. Hernandez Santos, a native and citizen of El Salvador, petitions for

review of the Board of Immigration Appeals' ("BIA") order affirming an

immigration judge's ("IJ") decision denying his motion to reopen to reissue the

IJ's prior decision.   We have jurisdiction under 8 U.S.C. § 1252.   We review for

_____

&ast;       This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

&ast;&ast;       The panel unanimously concludes this case is suitable for decision
without oral argument.   *See* Fed. R. App. P. 34(a)(2).

abuse of discretion the denial of a motion to reopen, *Hernandez-Velasquez v. Holder*, 611 F.3d 1073, 1077 (9th Cir. 2010), and review de novo claims of due process violations, *Mohammed v. Gonzales*, 400 F.3d 785, 791-92 (9th Cir. 2005). We deny the petition for review.

The BIA's issuance of a summary affirmance without opinion did not violate due process.   *See Falcon Carriche v. Ashcroft*, 350 F.3d 845, 851 (9th Cir. 2003).

We reject any request Hernandez Santos makes that the court reissue the IJ's January 19, 2012, order.

Hernandez Santos does not argue the BIA abused its discretion in denying his motion to reopen.   *See Martinez-Serrano v. INS*, 94 F.3d 1256, 1259-60 (9th Cir. 1996) (issues not specifically raised and argued in a party's opening brief are waived).

**PETITION FOR REVIEW DENIED.**

13-72369